1 LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2 Todd M. Friedman, Esq. (SBN: 216752)
3 tfriedman@attorneysforconsumers.com
4 324 S. Beverly Dr., #725
5 Beverly Hills, CA 90212
6 Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MAGGIO,** | ) Case No. 8:14-cv-01917-JLS-AN |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| **VERIZON WIRELESS (VAW) LLC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Notice of Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved

Respectfully submitted this 20th day of August, 2015.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1  Filed electronically on this 20th day of August, 2015, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5
   Honorable Nandor J. Vadas
6  United States District Court
   Northern District of California
7

8  And mailed via USPS to:

9
   Jody Citizen
10 VERIZON WIRELESS
11 15505 Sand Canyon Ave., Ste E305
   Irvine, CA 92618
12

13

14 This 20th day of August, 2015.

15
   s/Todd M. Friedman
16 Todd M. Friedman

17

18

19

20

21

22

23

24

25

26

27

28