1

2

3

4           UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6                 EUREKA DIVISION

7

8   JAMES MAGGIO,                          Case No.  15-cv-02486-NJV

            Plaintiff,
9
                                           **ORDER VACATING HEARINGS AND
10      v.                                 DEADLINES**

11  VERIZON WIRELESS (VAW), LLC,           Re: Dkt. No. 9

            Defendants.
12

13

14          Pursuant to the Notice of Settlement (Doc. 9) filed August 20, 2015, it is ORDERED that

15  all hearings and deadlines in this matter are VACATED.  Further, it is ORDERED that this matter

16  is set for a status conference on October 20, 2015 at 1:00 p.m.  Parties may appear by telephone by

17  dialing 888-684-8852 and entering access code 1868782.

18          **IT IS SO ORDERED**.

19  Dated: August 21, 2015

20                                         _____

21                                         NANDOR J. VADAS
                                           United States Magistrate Judge
22

23

24

25

26

27

28